IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JOHNNY HUGHLEY,                          )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )     CIVIL ACTION NO. 3:12cv028-WHA
                                         )
LUTHER R. STRANGE, Attorney General      )                    (WO)
of Alabama, et al.,                      )
                                         )
                    Defendants.          )

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this

case is DISMISSED prior to service of process.

DONE this 8th day of March, 2012.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE